# EXHIBIT LIST



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE** (papers, medical records, pictures, statements of witnesses, etc.) **FOR EACH EXHIBIT LISTED, WRITE ON THIS SHEET:**

1. A BRIEF DESCRIPTION OF THE EXHIBIT
2. A SHORT STATEMENT OF THE PURPOSE FOR WHICH THE EXHIBIT WILL BE INTRODUCED.

1. Medical Records from Raymond Detention Center.

2. Medical Records from Hospital that performed surgery.

3.

4.

5.

6.

7.

8.