## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**LETONY J. CARTER**                                                                 **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO. 3:14-cv-595-LRA**

**TYRONE LEWIS, in his official capacity,**
**JONATHAN BRISTER, in his individual capacity, and**
**JOHN and JANE DOES 1-24**                                              **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of the parties that this matter be dismissed with prejudice, and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the _21st_ day of December, 2015.

~~DISTRICT COURT JUDGE~~
U. S. Magistrate Judge

AGREED:

/s/ J. Matthew Eichelberger
**J. MATTHEW EICHELBERGER, Esq**.
Eichelberger Law Firm, PLLC
775 N. Congress Street
Jackson, MS 39202
matt@ike-law.com
         *Attorney for Plaintiff*

/s/Brenda Jackson Patterson
**BRENDA JACKSON PATTERSON, Esq.**
P. O. Box 6577
Jackson, MS 39212
brendajackpattersonatty@comcast.net
     *Attorney for Plaintiff*


/s/ J. Chadwick Williams
**J. CHADWICK WILLIAMS, ESQ.**
**WILLIAM R. ALLEN, ESQ.**
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS  39602-0751
Tel: 601-833-4361
Fax: 601-833-6647
cwilliams@aabalegal.com
wallen@aabalegal.com
     *One of the Attorneys for Defendant*